UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

LEA BRADLEY,

       Plaintiff,                               Case No.5:04-cv-206

v.                                                 Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed COMMISSIONER OF SOCIAL SECURITY, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                                /s/Richard Alan Enslen
January 11, 2006                                         Richard Alan Enslen
                                                            Senior United States District Judge